[No. 7247–1–I. Division One. February 4, 1980.]

JACK A. PERELLI, ET AL, *Respondents,* v. A. C. THIELE, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Skagit County, No. 37566, Harry A. Follman, J., entered December 14, 1978. *Affirmed* by unpublished opinion per Swanson, J., concurred in by James, A.C.J., and Williams, J.

[No. 7286–2–I. Division One. February 4, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. GARY LONCTOT, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 86576, Robert M. Elston, J., entered December 19, 1978. *Affirmed* by unpublished opinion per Andersen, J., concurred in by Swanson and Durham–Divelbiss, JJ.

[No. 7500–4–I. Division One. February 4, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHN REGINALD PEACEY II, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 89055, Frank J. Eberharter, J., entered March 26, 1979. *Affirmed* by unpublished opinion per Andersen, J., concurred in by Swanson and Durham–Divelbiss, JJ.